√#1011     # 129505

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

FILED

2011 MAY 17 PM 3: 25

CLERK, U.S.
BANKRUPTCY COURT
TOLEDO, OHIO

IN RE:

* CASE NO. 09-37464-W
*
* JUDGE MARY ANN WHIPPLE
*
MICHAEL WAYNE PERRINE * William L. Swope, Trustee
KAREN SUE PERRINE * 221 South Main Street
* Findlay, Ohio 45840
* (419) 422-0288
* Sup. Ct. #0029538
*

REPORT ON DIVIDENDS OF LESS THAT FIVE DOLLARS BY TRUSTEE

I, the undersigned trustee of the above named debtor(s), do hereby report that the following is a list of the names and addresses of the persons entitled to dividends of less than five dollars, showing the respective amounts payable to them.

| Payee | Amount |
|---|---|
| Fawcett Collecting Company<br>3235 Allentown Road<br>Lima, OH 45805 | $   2.09 |
|  | $   2.09 |

A check for $2.09 payable to the Clerk of the United States Bankruptcy Court for deposit into the registry of the Court is herewith transmitted pursuant to Bankruptcy Rule 3010.

Date: April 8, 2011

William L. Swope
Trustee